IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maurice Finney,<br>Plaintiff,<br>vs.<br>Louis W. Winn, Jr.,<br>Defendant. | CV-14-2029-TUC-DCB<br><br>ORDER |

Magistrate Judge Velasco issued his Report and Recommendation on March 12, 2015, recommending that the District Court deny and dismiss the Petition for Writ of Habeas Corpus. A copy was sent to all parties on March 12, 2015, notifying all parties that written objections must be filed within fourteen days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation (Doc. 23) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and this action is dismissed with prejudice in favor of Defendant. A Final Judgment shall enter separately.

DATED this 30th day of March, 2015.

David C. Bury
United States District Judge